**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taloren Govan, | No. CV-10-57-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Security National Financial Corporation, a Utah corporation; Crystal Rose Funeral Home, Inc., an Arizona corporation; and Greer-Wilson Funeral Home, Inc., an Arizona corporation, | |
| Defendants. | |

Plaintiff commenced this employment law action by filing a complaint against Defendants on January 8, 2010. Dkt. #1. On February 1, 2010, Defendants filed a motion to dismiss on the ground that Plaintiff had yet to receive a right-to-sue letter from the EEOC. Dkt. #10. Defendants withdrew their motion to dismiss after the EEOC issued a right-to-sue letter to Plaintiff on February 16, 2010. Dkt. ##11, 11-1.

Defendants request the Court "to award the attorneys' fees necessitated by Plaintiff's filing of a defective complaint." Dkt. #11 at 1-2. Defendants state that they will provide the Court with an affidavit of fees upon request. *Id.* at 2. The Court concludes that any attorneys' fees request in this case is premature. The Court will be better equipped to address attorneys' fees after this case is resolved.

**IT IS ORDERED** that Defendants' request for fees (Dkt. #11) is **denied** without prejudice.

DATED this 23rd day of March, 2010.

_____
David G. Campbell
United States District Judge