**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taloren Govan,<br><br>    Plaintiff,<br><br>vs.<br><br>Security National Financial Corporation, a Utah corporation; Crystal Rose Funeral Home, Inc., an Arizona corporation; and Greer-Wilson Funeral Home, Inc., an Arizona corporation,<br><br>    Defendants. | No. CV-10-0057-PHX-DGC<br><br>**ORDER** |

Plaintiff commenced this employment law action by filing a complaint against Defendants on January 8, 2010. Doc. 1. Plaintiff has filed a timely motion for leave to amend his complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Doc. 35. He seeks to add allegations that Defendants further reduced his compensation and demoted him in retaliation for having filed an EEOC charge of race discrimination. *Id.* at 1-2; *see* Doc. 22 at 2, ¶ 6. No opposition has been filed, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d).

Rule 15 makes clear that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The policy in favor of leave to amend must not only be heeded, *see Foman v. Davis*, 371 U.S. 178, 182 (1962), it must also be applied with extreme liberality, *see Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 880 (9th Cir. 2001). Pursuant to Rule 15(a)(2), and in the interest of justice, the Court will grant

Plaintiff leave to amend. Plaintiff shall file the proposed amended complaint (*see* Doc. 35-2) by **August 6, 2010**.

**IT IS ORDERED:**

1. Plaintiff's motion to amend complaint (Doc. 35) is **granted**.
2. Plaintiff shall have until **August 6, 2010** to file his amended complaint.

DATED this 3rd day of August, 2010.

_____
David G. Campbell
United States District Judge