**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taloren Govan, an unmarried man,<br><br>Plaintiff,<br><br>vs.<br><br>Security National Financial Corporation, a Utah corporation; Crystal Rose Funeral Home, Inc., an Arizona corporation; and Greer-Wilson Funeral Home, Inc., an Arizona corporation,<br><br>Defendants. | No. CV-10-0057-PHX-DGC<br><br>**ORDER** |

Plaintiff commenced this employment law action by filing a complaint against Defendants on January 8, 2010. Doc. 1. On May 16, 2011, the Court granted summary judgment in favor of Defendants and the Clerk entered judgment accordingly. Docs. 92, 93. Plaintiff has appealed. Doc. 96.

Defendants have filed a motion for a cost bond on appeal in the amount of $5,306.60. Doc. 99. The motion is fully briefed. Docs. 100, 104. Oral argument has not been requested. For reasons stated below, the motion will be denied.

Defendants estimate that their attorneys' fees on appeal will be not less than $5,000. Pursuant to A.R.S. § 12-341.01(C), which requires an award of attorney fees where a claim is groundless and constitutes harassment, Defendants request an order requiring Plaintiff to post an appeal bond sufficient to cover their estimated attorneys' fees. Doc. 99 at 3-4.

Plaintiff argues, correctly, that A.R.S. § 12-341.01(C) has no application in federal

court. Doc. 100 at 3. This Circuit has made clear that it is not proper to use an Arizona sanction statute, including A.R.S. § 12-341.01(C), in federal litigation. *In re Larry's Apartment, L.L.C.*, 249 F.3d 832, 838-40 (9th Cir. 2001). Defendants assert in their reply that Title VII is an applicable fee-shifting statute (Doc. 104 at 2), but it is well established that "courts will not consider arguments raised for the first time in a reply brief.'" *Bach v. Forever Living Prods. U.S., Inc.*, 473 F. Supp. 2d 1110, 1122 n.6 (W.D. Wash. 2007) (citing *Lentini v. Cal. Ctr. for the Arts*, 370 F.3d 837, 843 n.6 (9th Cir. 2004)); *see Gadda v. State Bar of Cal.*, 511 F.3d 933, 937 n.2 (9th Cir. 2007).

Defendants' motion will be denied with respect to the $5,000 in estimated attorneys' fees. The Court also declines to grant the motion with respect to the $306.06 in estimated copying costs. Doc. 99 at 2. Defendants, consistent with applicable rules of procedure, may seek an award of fees and costs after the appeal has been resolved.

**IT IS ORDERED** that Defendants' motion for cost bond on appeal (Doc. 99) is **denied**.

Dated this 12th day of July, 2011.

_____
David G. Campbell
United States District Judge