# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taloren Govan, an unmarried man,<br><br>           Plaintiff,<br><br>vs.<br><br>Security National Financial Corporation, a Utah corporation; et al.,<br><br>           Defendants. | No. CV-10-0057-PHX-DGC<br><br>**ORDER** |

**IT IS ORDERED** that, subject to any existing wage assignment, Garnishee shall deduct from Judgment Debtor Taloren Govan's wages a total of twenty-five percent (25%) of disposable income and remit those funds directly to Judgment Creditor.

**IT IS FURTHER ORDERED** that this judgment is a continuing lien on the nonexempt earnings of Judgment Debtor Taloren Govan, and Garnishee shall continue to withhold such earnings and remit them on each payday, together with the nonexempt earnings statement, to Judgment Creditor as follows:

    Security National Financial Corporation
    c/o Karen L. Karr
    Clark Hill, PLC
    14850 N. Scottsdale Road, Suite 500
    Scottsdale, AZ   85254

Dated this 19th day of June, 2013.

_____
David G. Campbell
United States District Judge